# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149599(78)

BANK OF AMERICA, N.A.,
        Plaintiff-Appellant,

v

SC: 149599
COA: 307756
Oakland CC: 2010-112606-CK

FIRST AMERICAN TITLE INSURANCE
COMPANY, PATRIOT TITLE AGENCY, KIRK D.
SCHIEB, WESTMINSTER ABSTRACT
COMPANY, WESTMINSTER TITLE AGENCY,
INC., PRIME FINANCIAL GROUP, INC.,
VALENTINO M. TRABUCCHI, PAMELA S.
NOTTURNO, f/k/a PAMELA S. SIIRA, DOUGLAS
K. SMITH, JOSHUA J. GRIGGS, STATE VALUE
APPRAISALS, LLC, NATHAN B. HOGAN, and
CHRISTINE D. MAYS,
        Defendants-Appellees,
and

FRED MATSON, MICHAEL LYNETT, JO KAY
JAMES, and PAUL SMITH,
        Defendants.
_____/

      On order of the Chief Justice, the motion of the plaintiff-appellant to extend the time for filing its reply briefs in this application for leave to appeal is GRANTED. The reply briefs will be accepted as timely filed if filed on or before September 8, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2014

